IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01288-AP

_____

JUDITH CROSLEY OBO M.G.,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Anthony L. Sokolow | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 1155 Kelly Johnson Blvd., Suite 111 | |
| Colorado Springs, CO 80920 | J. Benedict García |
| (719) 260-3842 | Assistant United States Attorney |
| asokolow@asokolow.com | United States Attorney's Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      DATES OF FILING OF RELEVANT PLEADINGS

A.  Date Complaint was filed: May 16, 2012

B.  Date Complaint was served on U.S. Attorney's Office: August 2, 2012

C.  Date Answer and Administrative Record were filed: October 1, 2012

4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.      BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

A.  Plaintiff's opening brief due: **December 3, 2012**

B.  Defendant's response brief due: **January 4, 2013**

C.  Plaintiff's reply brief (if any) due: **January 21, 2013**

9.      STATEMENTS REGARDING ORAL ARGUMENT

Neither party requests oral argument.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 23rd day of October, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Anthony L. Sokolow
Anthony L. Sokolow
Attorney for Plaintiff
1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, CO 80920
(719) 260-3842
asokolow@asokolow.com

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado

/s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

asokolow@asokolow.com
usa-co-civil_ecf@usdoj.gov

/s/ Michael S. Howard
Office of the General Counsel
Social Security Administration

5